UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL EMERSON NORTON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN J. DOERER,<br><br>Respondent. | Case No. 5:24-01370 WLH (ADS)<br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. Nos. 1, 4, 16), Respondent's Return to the Petition (Dkt. No. 48), Petitioner's Rebuttal (Dkt. No. 50), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 62), and all the records and files herein. Petitioner did not file objections to the Report and Recommendation, and the deadline to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 62);

2. The Petition is denied;

3. This action is dismissed with prejudice; and

4. Judgment is to be entered accordingly.

DATED: 12/15/2025

_____
THE HONORABLE WESLEY L. HSU
United States District Judge