JS-6

1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11   DANIEL EMERSON NORTON,              Case No. 5:24-01370 WLH (ADS)

12                    Petitioner,

13              v.                       JUDGMENT

14   WARDEN J. DOERER,

15                    Respondent.

16

17       Pursuant to the Court's Order Accepting Report and Recommendation of United

18   States Magistrate Judge, the Court adjudges the Petition denied and this action

19   dismissed with prejudice.

20

21   DATED: 12/15/2025      _____

22                          THE HONORABLE WESLEY L. HSU
                            United States District Judge

23

24